**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| _____ ) | | |
| Ronald C. Cook, ) | | |
| ) | **Case No. 13-523** | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **Judge Margaret M. Sweeney** | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

**CONSENT MOTION TO EXTEND TIME AND REVISE SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT ON ADMINISTRATIVE RECORD**

Plaintiff Ronald Cook, with the consent of Defendant United States of America, requests that the Court grant its motion to extend the time alloted to Plaintiff to file its cross-motion for judgment upon the administrative record and response to Defendant's Motion and to revise the remainder of the established briefing schedule accordingly.  Plaintiff states as follows:

1. On April 29, 2014, the Court entered a Scheduling Order (Dkt. No. 11).  In accordance with the Scheduling Order, Plaintiff filed an Amended Complaint on May 9, 2014 (Dkt. No. 12), and Defendant filed the Administrative Record on June 3, 2014 (Dkt. No. 14).  The Scheduling Order did not fix any deadlines for the filing of motions for judgment on the administrative record.

2. On June 26, 2014, the Court entered an Order (Dkt. No. 16) granting a Consent Motion to Amend the Briefing Schedule.  In accordance with the Amended Briefing Schedule, Defendant filed its Motion to Dismiss Count One of the Complaint or, in the Alternative,

Motion for Judgment Upon the Administrative Record (Dkt. No. 17).

3. On August 29, 2014, the Court granted a Consent Motion to Amend the Briefing

   Schedule (Dkt. No. 19).

4. Counsel for the parties have conferred and jointly propose to amend the briefing schedule

   to permit Plaintiff a twenty-one day extension to respond to Defendant's Motion.  As

   such, the parties propose the following amended briefing schedule:

   a. The current briefing schedule described in Order (Dkt. No. 19) is vacated.

   b. Plaintiff shall file its cross-motion for judgment upon the administrative record

      and response to Defendant's Motion to Dismiss Count One of the Complaint or,

      in the Alternative, Motion for Judgment Upon the Administrative Record by

      October 17, 2014.

   c. Defendant shall file its response to Plaintiff's cross-motion and reply in support of

      Defendant's Motion by November 7, 2014.

   d. Plaintiff shall file its reply in support of its cross-motion by November 28, 2014.

For these reasons, Plaintiff requests that the Court enter an Order adopting the foregoing

schedule.


Dated this 23rd day of September, 2014.

                                        Respectfully submitted,


                                        _____/s Lee F. Berger_____
                                        Lee F. Berger (Counsel of Record)
                                        Paul Hastings LLP
                                        875 15th St. NW
                                        Washington, DC  20005
                                        Telephone:  (202) 551-1772

Facsimile:  (202) 551-1712
Email:  leeberger@paulhastings.com

*Counsel for Plaintiff*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

Ronald C. Cook,                )

                    )

          Plaintiff,     )    **Case No. 13-523**

                    )

v.                    )    **Judge Margaret M. Sweeney**

                    )

UNITED STATES OF AMERICA,  )

                    )

          Defendant.    )

_____ )

### <u>ORDER SETTING CASE SCHEDULE</u>

The Court, hereby ORDERS that Plaintiff's Consent Motion is GRANTED:

    a.   The current briefing schedule described in Order (Dkt. No. 19) is vacated.

    b.   Plaintiff shall file its cross-motion for judgment upon the administrative record and response to Defendant's Motion to Dismiss Count One of the Complaint or, in the Alternative, Motion for Judgment Upon the Administrative Record by October 17, 2014.

    c.   Defendant shall file its response to Plaintiff's cross-motion and reply in support of Defendant's Motion by November 7, 2014.

    d.   Plaintiff shall file its reply in support of its cross-motion by November 28, 2014.

IT IS SO ORDERED this _____ day of _____, 2014.

_____

The Honorable Judge Margaret M. Sweeney

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2014 a copy of the foregoing document was electronically filed with the Clerk of the Court for the United States Court of Federal Claims using the CM/ECF system which will issue an electronic notification of filing to all parties entitled to receive notice.

*/s/ Lee F. Berger*
Lee F. Berger