IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RONALD C. COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-523C |
| ) | (Judge Sweeney) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY AND RESPONSE BRIEF

Pursuant to Rules 6(b), 6,.1, and 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant us a 42-day enlargement of time, to and including December 19, 2014, to file a consolidated (1) reply in support of our motion to dismiss and alternative motion for judgment upon the administrative record, and (2) response to plaintiff's cross-motion for judgment upon the administrative record (collectively, defendant's reply-response). On July 18, 2014, we filed a consolidated motion to dismiss and alternative motion for judgment upon the administrative record. On October 17, 2014, plaintiff filed a consolidated response to our motion and cross-motion for judgment upon the administrative record (response-motion). The Court's September 24, 2014 scheduling order provides that our reply-response brief is due on November 7, 2014. We previously have not requested an enlargement of time for this purpose.

The requested enlargement is necessary for several reasons. The undersigned counsel also serves as counsel of record in *Akima Intra-Data LLC v. United States*, No. 14-378, a bid protest pending in this Court, in which the Government's reply brief was filed on October 23, 2014, and oral argument has been scheduled for November 13, 2014. During the time when the

undersigned counsel was preparing the Government's reply brief and preparing for the oral argument in *Akima*, the undersigned counsel has not been able to prepare the Government's reply-response brief in this case.  The length of the requested enlargement also is necessary because the undersigned counsel also serves as counsel of record in:  (1) *Wheatland Tube Co. v. United States*, No. 12-298, a countervailing duty case pending in the United States Court of International Trade, in which the Court has requested that oral argument will be held on November 19, 2014; (2) *P.F. Stores, Inc. v. United States*, No. 14-00200, an international trade case pending in the United States Court of International Trade, in which the Government's response to the complaint is due on December 3, 2014; and (3) *Borusan Mannesmann Boru Sanayi Ve Ticaret A.S. v. United States*, No. 2014-1744, an antidumping duty case pending in the United States Court of Appeals for the Federal Circuit, in which the Government's principal brief is due on December 8, 2014.  During the time when the undersigned counsel is preparing for the oral argument in *Wheatland Tube*, is preparing the Government's principal brief in *Borusan*, and is preparing the Government's response to the complaint in *P.F. Stores*, the undersigned counsel will not be able to work on the Government's reply-response brief in this case.  Finally, plaintiff's response-motion is lengthy, and the preparation of our reply-response brief will require significant time and coordination with counsel for the United States Army.  We currently anticipate that the requested 42-day enlargement will provide us with sufficient time to file our reply-response brief.

     In email correspondence with the undersigned counsel on November 5, 2014, counsel for plaintiff, Lee F. Berger and Devon E. Winkles, stated that plaintiff has no objection to the requested 42-day enlargement.

- 3 -

For these reasons, we respectfully request that the Court grant a 42-day enlargement of time, to and including December 17, 2014, for defendant to file its reply-response brief. Furthermore, to maintain the order of briefing, we also request a corresponding enlargement of time for the plaintiff's reply brief until January 9, 2015.

|  | Respectfully submitted, |
|---|---|
|  | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Scott D. Austin<br>SCOTT D. AUSTIN<br>Assistant Director |
|  | s/Douglas G. Edelschick<br>DOUGLAS G. EDELSCHICK<br>Trial Attorney |
| Of Counsel: | Department of Justice<br>Civil Division |
| MAJOR NICOLE L. FISH<br>Litigation Attorney, Military Personnel Branch<br>United States Army Litigation Division<br>9275 Gunston Road, 3d Floor<br>Fort Belvoir, VA 22060-5546 | Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel.: (202) 353-9303 |
| November 7, 2014 | Attorneys for Defendant |