# In the United States Court of Federal Claims

No. 13-523C
(Filed: November 7, 2014)

```
*************************************
RONALD C. COOK,                      *
                                     *
            Plaintiff,               *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************
```

**ORDER**

On November 7, 2014, defendant in the above-captioned case filed a consent motion to enlarge the deadlines in the current briefing schedule by forty-two days.[1]  Defendant's consent motion is **GRANTED**.  The court adopts the following amended briefing schedule:

- Defendant shall file a reply in support of its motions and response to plaintiff's cross-motion **no later than Friday, December 19, 2014**.

- Plaintiff shall file a reply in support of his cross-motion **no later than Friday, January 9, 2015**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] Defendant actually filed two nearly identical consent motions; the only difference between the two was that the second-filed motion corrected an incorrect date contained in the original motion.  Defendant's original motion is **DENIED** as moot.